# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JUSTIN CORLISS,

          Appellant

      v.

PENNSYLVANIA STATE POLICE,

          Appellee

: No. 61 MAP 2019
:
:
: Appeal from the Order of the
: Commonwealth Court at No. 460
: MD 2018 dated July 9, 2019.
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**                                        **DECIDED:  October 1, 2020**

      **AND NOW,** this 1st day of October, 2020, the order of the Commonwealth Court is

**AFFIRMED**.